```
LYLE C. CAVIN, JR., CSBN 44958
LAW OFFICES OF LYLE C. CAVIN, JR.
201 Fourth Street, Suite 102
Oakland, California 94607
Tel: (510) 444-2501
Fax: (510) 444-4209

JEFF SEELY, TSBN 24033172 (pro hac vice pending)
ARNOLD & ITKIN, LLP
1401 McKinney, Suite 2550
Houston, Texas 77010
Tel: (713) 222-3800
Fax: (713) 222-3850
```

IN THE UNITED STATES DISTRICT COURT

IN THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL WARFIELD,<br><br>　　　　Plaintiff<br><br>v.<br><br>CHARLES O. BAKER, RON NEWGARD, and F/V LINDA KAY<br>　　　　Defendants. | Case No. 08cv04593<br><br>**MOTION TO CHANGE THE CASE MANAGEMENT CONFERENCE DATE** |

　　　　Plaintiff submits this Motion to Change the Case Management Conference date and would respectfully show the Court the following:

1.　　Counsel for Plaintiff is currently in trial in Cause No. 370, 129-401; *Nancy Israel v. Investment Capital Corporation, et al*; In Probate Court No. 1 of Harris County, Texas.

2.　　This trial is expected to continue into next week.

3.　　Local Counsel is presently on vacation and is not available.

Wherefore premises considered, Plaintiff respectfully request that the case management conference presently scheduled for February 5, 2009 at 2:30 p.m. be rescheduled to a time the Court deems appropriate.

Respectfully submitted,

LAW OFFICES OF LYLE C. CAVIN, JR.

By: _____
Alfred G. Johnson, CSBN 38790
201 Fourth Street, Suite 102
Oakland, California 94607
Tel: (510) 444-2501

Jeff Seely, TSBN 24033172 *(pro hac vice pending)*
ARNOLD & ITKIN, LLP
1401 McKinney, Suite 2550
Houston, Texas 77010
Tel: (713) 222-3800
Fax: (713) 222-3850

**Attorneys for Plaintiff, Paul Warfield**

**Certificate of Service**

I hereby certify that on the 4TH day of February, 2009, the following document was served on the counsel of record listed below:

Robert Keyhoe
1900 W. Nickerson Street, Suite 320
Seattle, Washington 98119 -1650

_____
John Dean

LYLE C. CAVIN, JR., CSBN 44958
LAW OFFICES OF LYLE C. CAVIN, JR.
201 Fourth Street, Suite 102
Oakland, California 94607
Tel: (510) 444-2501
Fax: (510) 444-4209

JEFF SEELY, TSBN 24033172 *(pro hac vice pending)*
ARNOLD & ITKIN, LLP
1401 McKinney, Suite 2550
Houston, Texas 77010
Tel: (713) 222-3800
Fax: (713) 222-3850

IN THE UNITED STATES DISTRICT COURT

IN THE NORTHERN DISTRICT OF CALIFORNIA

PAUL WARFIELD,

    Plaintiff

v.

CHARLES O. BAKER, RON NEWGARD, and
F/V LINDA KAY

    Defendants.

Case No. 08cv04593

ORDER ~~(Proposed)~~ ON MOTION TO CHANGE THE CASE MANAGEMENT CONFERENCE DATE

IT IS HERRBY ORDERED THAT the Motion to Change the Case Management Conference Date is granted.

The Case Management Conference is scheduled for Feb. 12, 2009. at 11:00 A.M.

DATED this 5th day of February, 2009

HONORABLE ALSUP

APPROVED
Judge William Alsup