1  ROBERT F. KEHOE (*admitted pro hac vice*)
   ATTORNEY AT LAW
2  1900 W. Nickerson St., Suite 320
   Seattle, Washington 98119
3  (206) 283-7733
   e-mail: rfk@psvoa.com
4  Attorney for Defendant Charles Baker

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL WARFIELD,

        Plaintiff,

v.

CHARLES O. BAKER, RON NEWGARD, and F/V LINDA KAY, and DOES ONE through TEN, inclusive,

        Defendants.

No. C 08-04593 WHA

**STIPULATION AND ORDER TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON**

### I.   STIPULATION

Plaintiff Paul Warfield and Defendant Charles Baker hereby stipulate to the transfer of the above-captioned matter to the United States District Court for the Western District of Washington without the award of costs or attorney's fees to any party.

DATED this 25 day of February, 2009.

By: /s/ Robert F. Kehoe
Robert F. Kehoe (*admitted pro hac vice*)
Attorney for Defendant Charles Baker
1900 W. Nickerson St., Suite 320
Seattle, Washington 98119
(206) 283-7733
e-mail: rfk@psvoa.com

1

ARNOLD & ITKIN, LLP

By: _____
Jeff Seely (*admitted pro hac vice*)
Attorney for Plaintiff Paul Warfield
1401 McKinney, Suite 2550
Houston, TX 77010
(713) 222-3800

*per e-mail authority*

## II.    ORDER

Based upon the foregoing stipulation,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this matter is transferred to the United States District Court for the Western District of Washington without costs and attorney's fees to any party.

DATED this 27 day of February, 2009

_____
THE HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge William Alsup